# Bhaktel, LLC dba Country Club Inn & Suites

BALANCE SHEET

As of November 24, 2019

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       1001 Bank - BOA 7015 | 15,762.33 |
|       1002 Bank - NE MO State (162175) | 1,477.34 |
|       1003 Bank - BOA 1664 | -45.00 |
|     **Total Bank Accounts** | **$17,194.67** |
|     Other Current Assets | |
|       1200 Credit Card Settlement | 28,162.28 |
|       Accounts Receivable | 11,961.45 |
|       Payroll - employee advance | 0.00 |
|     **Total Other Current Assets** | **$40,123.73** |
|   **Total Current Assets** | **$57,318.40** |
|   Fixed Assets | |
|     1500 Furniture and Fixtures | 190,146.05 |
|     1505 Equipment | 345,689.26 |
|     1515 Land | 159,636.00 |
|     1520 Building | 1,257,190.12 |
|     1595 Accumulated Depreciation | -309,509.00 |
|   **Total Fixed Assets** | **$1,643,152.43** |
|   Other Assets | |
|     1910 Organizational costs | 33,000.00 |
|     1915 Accumulated Amortization of Other Assets | -11,600.00 |
|   **Total Other Assets** | **$21,400.00** |
| **TOTAL ASSETS** | **$1,721,870.83** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Other Current Liabilities | |
|         2200 Payroll Liabilities | 0.00 |
|           2201 Payroll Liabilities-FICA SS | 0.00 |
|           2202 Payroll Liabilities-FICA Med | 0.00 |
|           2203 Payroll Liabilities-Fed Withholding | 0.00 |
|           2204 Payroll Liabilities-FUTA | 0.00 |
|           2205 Payroll Liabilities-SUTA | 0.00 |
|           2206 Payroll Liabilities-State Withholding | 0.00 |
|           2209 Payroll Clearing | 0.00 |
|           2210 Garnishment - Child Support | 0.00 |
|         **Total 2200 Payroll Liabilities** | **0.00** |
|         2300 Sales Tax Payable | 70,817.44 |
|         2401 Credit Card - Chase | -3,724.60 |
|         2501 Note Payable - Arielle Dial | 0.00 |
|         2502 Note Payable - HD Supply (Barr Credit Services) | 9,450.00 |

|  | TOTAL |
|---|---:|
| 2503 Note Payable - Redstone | 8,000.00 |
| 2505 Note Payable - Snowman Co | 2,059.60 |
| **Total Other Current Liabilities** | **$86,602.44** |
| **Total Current Liabilities** | **$86,602.44** |
| Long-Term Liabilities |  |
| 2600 Note Payable - Celtic Bank | 1,471,819.67 |
| 2601 Note Payable-JB | 100,000.00 |
| **Total Long-Term Liabilities** | **$1,571,819.67** |
| **Total Liabilities** | **$1,658,422.11** |
| Equity |  |
| 3000 Opening Balance Equity | 0.00 |
| 3100 Due to/from JB Bhakta | 211,884.80 |
| 3101 Due to/from Parrish Bhakta | 125,168.00 |
| 3102 Priyarumari Bhakta | 79,733.00 |
| 3900 Retained Earnings | -377,809.73 |
| Net Income | 24,472.65 |
| **Total Equity** | **$63,448.72** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,721,870.83** |