# Bhaktel, LLC dba Country Club Inn & Suites

PROFIT AND LOSS

January 1 - November 20, 2019

|  | TOTAL |
|---|---:|
| **Income** | |
| 4000 Sales - Rooms | 214,881.81 |
| 4100 Sales - Other | -3,063.44 |
| 4900 Uncategorized Income | 183,000.00 |
| **Total Income** | **$394,818.37** |
| **Cost of Goods Sold** | |
| 5000 Supplies & Materials - COGS | 13,266.03 |
| **Total Cost of Goods Sold** | **$13,266.03** |
| **GROSS PROFIT** | **$381,552.34** |
| **Expenses** | |
| 6000 Wages - Officer | 2,180.85 |
| 6004 Wages -Non Officers | 4,346.22 |
| 6050 Payroll Taxes - 941 | 491.71 |
| 6051 Payroll Taxes  - FUTA | 40.02 |
| 6052 Payroll Taxes - SUTA | 129.84 |
| 6059 Payroll fees | 1,435.14 |
| 6110 Advertising and marketing | 7,020.47 |
| 6140 Bank and Merchant Fees | 18,943.98 |
| 6210 Booking fees | 1,997.88 |
| 6230 Permits and Licenes | 94.50 |
| 6310 Contract labor | 186,000.00 |
| 6410 Dues & subscriptions | 150.00 |
| 6510 Insurance - property | -0.75 |
| 6520 Insurance - workman's comp | 297.80 |
| 6630 Software | 698.10 |
| 6635 Office Supplies | 103.26 |
| 6640 Postage and Delivery | 867.09 |
| 6650 Interest expense | 58,448.91 |
| 6670 Professional Fees - Accounting | 6,908.50 |
| 6720 Supplies | 7,484.20 |
| 6730 Repair & Maintence - Bldg | 2,564.02 |
| 6740 Repair & Maintence - Equip | 1,913.25 |
| 6810 Taxes - Occupancy | 5,552.90 |
| 6850 Telephone and Internet | 7,702.88 |
| 6860 Trash Disposal | 3,227.09 |
| 6872 Travel - Meals | 94.31 |
| 6874 Travel - Transportation | 11.58 |
| 6880 Utilities | 30,158.37 |
| 6890 Vehicle - Fuel | 634.35 |
| 6892 Vehicle - R&M | 50.11 |
| 8900 Uncategorized Expense | 4,303.00 |
| **Total Expenses** | **$353,849.58** |
| **NET OPERATING INCOME** | **$27,702.76** |

|  | TOTAL |
|---|---|
| Other Expenses | |
|   6660 Other Expenses | 78.97 |
| **Total Other Expenses** | **$78.97** |
| NET OTHER INCOME | **$ -78.97** |
| NET INCOME | **$27,623.79** |